BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
THI HOANG HO (Cal. Bar No. 293978)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0596
    Facsimile: (213) 894-0141
    E-mail:    Thi.Ho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>SHUKIMBA MALIK CARLIS and<br>SOFIA VANESSA HERRERA,<br><br>       Defendants. | No. 2:25-cr-00249-MWC<br><br>NOTICE OF APPEARANCE |
|---|---|

Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | **Name** | **E-mail Address** |
|---|---|---|
| **PREVIOUSLY Assigned AUSA** | Sarah Elizabeth Spielberger | sarah.spielberger@usdoj.gov |
| **Newly Assigned AUSA** | Thi Hoang Ho | Thi.Ho@usdoj.gov |

1  Please make all necessary changes to the Court's Case
2 Management/Electronic Case Filing system to ensure that newly
3 assigned AUSA is associated with this case as attorney of record for
4 the United States and that they receive all e-mails relating to
5 filings in this case.

6 Dated: April 11, 2025        Respectfully submitted,

                              BILAL A. ESSAYLI
                              United States Attorney

                              LINDSEY GREER DOTSON
                              Assistant United States Attorney
                              Chief, Criminal Division


                                    */s/ Thi Hoang Ho*
                              THI HOANG HO
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA