UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SOFIA VANESSA HERRERA,<br>Defendant. | No. 2:25-CR-00249-MWC-2<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR REMOTELY |

The Court, having considered the United States of America's Ex Parte Application for Authorization for Witnesses to Appear Remotely for defendant Sofia Vanessa Herrea's sentencing hearing and the Declaration of AUSA Thi Hoang Ho, and finding good cause,

//

//

//

IT IS SO ORDERED that Carl L. Miller and Fernando Colon may appear remotely for defendant's sentencing hearing. The government shall coordinate with the Courtroom Deputy to ensure that Mr. Miller and Mr. Colon may be able to appear by telephone or Zoom.

______________________________
DATE

______________________________
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
THI HOANG HO
Assistant United States Attorney