TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
THI HOANG HO (Cal. Bar No. 293978)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0596
Facsimile: (213) 894-0141
E-mail: Thi.Ho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SOFIA VANESSA HERRERA,

Defendant.

No. 2:25-CR-00249-MWC-2

GOVERNMENT'S RESPONSE TO ORDER RE: *EX PARTE* COMMUNICATION (DKT. 72)

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Thi Hoang Ho, hereby files its response to the Court's Order regarding the *ex parte* communication received from Joseph Robinson (Dkt. 72).

For the reasons set forth below, a hearing on the *ex parte* communication is not required and, moreover, should not be held.

*First*, as noted in the Court's order, pursuant to Canon 3(A)(4) of the Code of Conduct for United States Judges, *ex parte* communications are generally prohibited. If a party seeks exigent

relief from the Court, there are *ex parte* procedures in place to address that request,[1] which were not followed here.

*Second*, any communication, *ex parte* or not, regarding defendant SOFIA VANESSA HERRERA's ("defendant") sentencing after the sentencing was held and judgement rendered is improper and untimely. There is no good cause, authority, or basis whatsoever to entertain the request. Here, on September 22, 2026, *i.e.* nearly two months ago, defendant's sentencing was scheduled, after multiple continuances, for November 13, 2026. Dkt. 61. Any party that wished to be heard at the sentencing had ample time to prepare a statement.[2]

Dated: November 9, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division

/s/
THI HOANG HO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] *See* Criminal Standing Order, Section I; Judge's Procedures, *available at*: https://apps.cacd.uscourts.gov/Jps/honorable-michelle-williams-court; Local Civil Rule 7-19.

[2] Indeed, the Court's Criminal Standing Order provided that each party has no later than 14 days before the hearing to submit their sentencing memorandum.